| | |
|---|---|
| **From:** | Emily Hubbard |
| **To:** | Elizabeth Piazza |
| **Subject:** | RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration |
| **Date:** | Friday, October 20, 2023 7:25:56 AM |
| **Attachments:** | image001.png |
| | Myers v. Papa Texas - Settlement Agreement.docx |

HI Elizabeth,

I'm please to report that Mr. Myers has decided to accept your clients' offer. I have attached a settlement agreement with the monetary figures added for your review, and will provide a copy signed by Mr. Myers once he has had a chance to sign. Once we have the agreement signed, I will notify AAA that Mr. Myers is withdrawing his demand for arbitration.

Thank you,

Emily Hubbard

# Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Thursday, October 19, 2023 4:06 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Emily,

Thank you for your email. I have spoken with my client, and we reject your offer and counter with $10,347.90, which includes an amount for wages and all attorneys' fees and costs (noted below as $6,993.00). We look forward to your response.

Elizabeth

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, October 18, 2023 1:21 PM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Confidential Settlement Communication

Hi Elizabeth,

Thank you for providing your client's offer of $3,354.90 for unpaid wages and damages and $3,645.10 in attorneys' fees and costs. Mr. Myers has decided to reject the offer, but has authorized me to provide a reduced counter-demand in the amount of $15,380.25. This number reflect his unpaid wages and damages in the amount of $8,387.25 and his fees and costs in the amount of $6,993.00 (as a one-time courtesy, I am not increasing the attorneys' fee demand for the time spent discussing your clients offer with you and my client and responding here). As I noted when we spoke, Mr. Myers will not accept any settlement offer that does not include the full amount of attorneys' fees and costs that he has incurred to date.

We look forward to your client's response.

Thanks,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Wednesday, October 18, 2023 2:52 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Emily,

I just tried your phone and it went straight to voicemail. Can you give me a call on my cell at (505) 860-8993 to discuss settlement? I am available all afternoon. Thank you.

Liz

---

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, October 11, 2023 10:36 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

No problem, I will wait to hear back from you.

Thanks,

Emily

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Wednesday, October 11, 2023 12:35 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Sorry about that.  I am waiting to hear back from my client and then was hoping we could discuss settlement.

---

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, October 11, 2023 10:33 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Elizabeth,

I didn't hear from you yesterday, did you want to schedule a time to discuss?

Thanks,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Emily Hubbard
**Sent:** Tuesday, October 10, 2023 8:33 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Elizabeth,

I am available from 2:00-4:00 EST today. Will that work for you?

Thanks,

Emily

### Emily Hubbard
Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Monday, October 9, 2023 7:21 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Emily,

I just sent an email requesting a two-week extension to pay the arbitration fee. I am working with my client to respond to your demand and we are requesting the extension to attempt to resolve this matter. Do you have a few minutes tomorrow to discuss? Thank you.

Elizabeth

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, October 4, 2023 9:33 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Elizabeth,

That figure includes $1,896.33 for under-reimbursed vehicle expenses, $1,458.57 for tip-credit damages, $3,354.90 for FLSA damages, and $6,709.81 for state law damages. His current attorneys fees are $6,993.00 and his costs are $518.05. Accordingly, his current demand is $20,930.66.

Thanks,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

---

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Monday, October 2, 2023 4:44 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Hi Emily,

Can you provide me with your calculations for the amount of $13,419.61 for the unpaid wages? Thank you,

Elizabeth

---

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Friday, September 1, 2023 7:31 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>; Robert Gentile <rgentile@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; eleblanc@sunholdings.net
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Good morning counsel,

I wanted to follow up with you on Mr. Myers settlement demand, as I have not yet received a response. My records indicate that the tolling period expires in one week, at which point Mr. Myers intends to file his demand for arbitration. If your client is interested in attempting to resolve Mr. Myers claim in advance of incurring the fees and costs associated with arbitration, please provide your client's response as soon as possible.

Thanks,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Emily Hubbard
**Sent:** Tuesday, August 22, 2023 11:01 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>; Robert Gentile <rgentile@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; eleblanc@sunholdings.net
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Good morning counsel,

Thank you for providing data related to Mr. Myers wage claims. We have calculated his total possible damages to currently be $13,419.61, not including his attorneys' fees and costs. As such, Mr. Myers demands $18,866.19, which includes $13,419.61 in unpaid wages and damages and his current attorneys fees and costs of $5,446.58. I have attached a settlement agreement template detailing the terms Mr. Myers will agree to.

Upon information and belief, the alleged violating wage practices are still in effect and, as a result, Mr. Myers's damages will continue to increase as time passes. If we are unable to reach a resolution in advance of arbitration, please note that Mr. Myers demand will expire as his damages, as well as his attorneys' fees and costs, will continue to increase.

If you would like to discuss further, please let me know. Otherwise, we look forward to your client's response.

Thank you,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Elizabeth Piazza <epiazza@guebertlaw.com>
**Sent:** Friday, August 11, 2023 5:30 PM
**To:** Robert Gentile <rgentile@guebertlaw.com>
**Cc:** Emily Hubbard <ehubbard@billerkimble.com>; Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; Jess Long <jlong@billerkimble.com>; eleblanc@sunholdings.net
**Subject:** Re: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Emily,

Please find a link below that includes documents pertaining to Mr. Myers.



[5290.165 Papa Texas Bates Documents](1drv.ms)

Elizabeth.


Sent from my iPhone

> On Aug 9, 2023, at 9:43 AM, Robert Gentile <rgentile@guebertlaw.com> wrote:
>
> Thanks, Emily. We will put together the documents for Mr. Myers and forward to you.
>
> ---
>
> **From:** Emily Hubbard <ehubbard@billerkimble.com>
> **Sent:** Wednesday, August 9, 2023 8:42 AM
> **To:** Robert Gentile <rgentile@guebertlaw.com>; Elizabeth Piazza <epiazza@guebertlaw.com>
> **Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; Jess Long <jlong@billerkimble.com>; eleblanc@sunholdings.net
> **Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration
>
> Hi Robert,
>
> We are agreeable to your proposed course of negotiations, although in our view, a tolling period of twenty-one days allows plenty of time for us to explore the possibility of resolving this dispute in advance of arbitration. If we do not have an agreement within that time, we will plan to file for arbitration. To allow the sufficient time to examine the employment information needed to analyze the claims and issue a demand, we ask that you provide data reflecting Mr. Myers miles driven, wages and wage rates paid, hours worked at each wage rate, and vehicle expense reimbursements within 5 business days. Please let me know if you would like to discuss.
>
> Thanks,
>
> Emily Hubbard
>
> ### Emily Hubbard
> Biller & Kimble, LLC
> **Phone:** (513) 452-3499
> **Email:** ehubbard@billerkimble.com
> 8044 Montgomery Road, Suite 515
> Cincinnati, OH 45236
> **www.billerkimble.com**
>
> This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please

notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Robert Gentile <rgentile@guebertlaw.com>
**Sent:** Thursday, August 3, 2023 3:19 PM
**To:** Emily Hubbard <ehubbard@billerkimble.com>; Elizabeth Piazza <epiazza@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; Jess Long <jlong@billerkimble.com>; eleblanc@sunholdings.net
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Emily – Thank you for preparing the Joint Stipulated Dismissal and please note our approval.

We are also agreeable to exploring the possibility of a resolution in advance of incurring filing fees and other arbitration costs. We are obtaining the requested documents and should have those in the next couple weeks. We would propose that following the production of the documents, Plaintiff present us a demand wherein he specifically categorizes and outlines his damages so that we can evaluate them. We have no objection to tolling the statute of limitations until we reach either a resolution or impasse with respect to settlement discussions. If that is acceptable, we will continue working on obtaining all the requested information. Thanks

<image001.png>

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, August 2, 2023 1:38 PM
**To:** Robert Gentile <rgentile@guebertlaw.com>; Elizabeth Piazza <epiazza@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>; Jess Long <jlong@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Counsel,

Attached for your review is a draft Joint Stipulation of Dismissal. Please let me know if I have your authorization to add your signature and file.

Thanks,

Emily Hubbard

### Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Robert Gentile <rgentile@guebertlaw.com>
**Sent:** Wednesday, August 2, 2023 10:09 AM
**To:** Emily Hubbard <ehubbard@billerkimble.com>; Elizabeth Piazza <epiazza@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Thank you, Emily. We have no objection to a Rule 41 dismissal and forwarded the request to resolve the matter to our clients. We will let you know. Thanks

**From:** Emily Hubbard <ehubbard@billerkimble.com>
**Sent:** Wednesday, August 2, 2023 7:30 AM
**To:** Elizabeth Piazza <epiazza@guebertlaw.com>; Robert Gentile <rgentile@guebertlaw.com>
**Cc:** Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration
**Importance:** High

Counsel,

Although we have not yet received the audit trail information we requested related to the arbitration agreement, and although we are not willing to agree that the arbitration agreement is enforceable, Mr. Myers won't oppose the relief your client seeks in its Motion to Compel Arbitration and will pursue his claims in individual arbitration. If you want to put together a joint stipulation of dismissal we will be happy to review file with the Court. Please let me know by the end of business today whether your will stipulate to a 41(a) dismissal.

Also, we are agreeable to exploring the possibility of a resolution in advance of incurring filing fees and other arbitration costs. If your client is interested, we'd ask that you agree to toll the statute of limitation on Mr. Myers claim for 30 days and provide us with his payroll data (miles driven, reimbursements paid, and the hours worked/wage rates dating back three years from when his Complaint was filed). If you'd like to discuss further, please let me know.

Thanks,

Emily Hubbard

### Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Emily Hubbard
**Sent:** Monday, July 31, 2023 8:26 AM
**To:** 'epiazza@guebertlaw.com' <epiazza@guebertlaw.com>
**Cc:** 'rgentile@guebertlaw.com' <rgentile@guebertlaw.com>; Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>
**Subject:** RE: Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration
**Importance:** High

Good morning Ms. Piazza,

I am writing to follow up on my request below. Please advise if you're able to provide the requested audit trail information.

Thank you,

Emily Hubbard

## Emily Hubbard

Biller & Kimble, LLC
**Phone:** (513) 452-3499
**Email:** ehubbard@billerkimble.com
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
www.billerkimble.com

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

**From:** Emily Hubbard
**Sent:** Wednesday, July 26, 2023 1:40 PM
**To:** epiazza@guebertlaw.com
**Cc:** rgentile@guebertlaw.com; Andy Biller <abiller@billerkimble.com>; Andrew Kimble <akimble@billerkimble.com>
**Subject:** Myers v. Papa Texas, LLC, et al.; Case No. 2:23-cv-00429 - Motion to Compel Arbitration

Good afternoon Ms. Piazza,

I represent Luke Myers in the above-captioned case against your client, Papa Texas, LLC. I am in receipt of your client's Motion to Compel Arbitration or Stay Proceedings Pending Resolution of Arbitration. We are in the process of evaluating the arbitration agreements attached to your client's motion with our client, could you please send us the audit trail information for the two agreements at your earliest convenience?

Thanks,

Emily Hubbard

&lt;image002.jpg&gt;                **Emily Hubbard**
                                         Biller & Kimble, LLC
                                         **Phone:** (513) 452-3499
                                         **Email:** ehubbard@billerkimble.com
                                         8044 Montgomery Road, Suite 515
                                         Cincinnati, OH 45236
                                         **www.billerkimble.com**

This electronic transmission contains information from the law firm of Biller & Kimble, LLC which may be privileged, confidential or otherwise the exclusive property of the intended recipient or Biller & Kimble, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-452-3499) or by electronic mail (ehubbard@billerkimble.com) and promptly destroy the original transmission. Thank you for your assistance.

&lt;image003.png&gt;